|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIAN DUCHESNE,  )
        Plaintiff(s),  )  No. C 05-3456 CRB (PR)
   v.  )  ORDER
RONALD GONZALEZ, et al.,  )
        Defendant(s).  )

Defendants seek an extension of time to file a dispositive motion on the ground that they need more time to conduct discovery, including time to take plaintiff's deposition. Good cause appearing, defendants' request is GRANTED. Defendants shall file a dispositive motion, or inform the court that such motion is not in order, by no later than August 1, 2006.

Defendants may take plaintiff's deposition without further order from the court and are advised that plaintiff's last address of record is as follows: Julian Duchesne, F-13193/B3-41, Golden State MCCF, P.O. Box 1577, McFarland, CA 93250.

SO ORDERED.

DATED: June 2, 2006

CHARLES R. BREYER
United States District Judge