IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DUCHESNE,<br><br>            Plaintiff(s),<br><br>     v.<br><br>RONALD GONZALEZ, et al.,<br><br>            Defendant(s). | No. C 05-3456 CRB (PR)<br><br>ORDER |

     Per order filed on June 2, 2006, the court granted defendants' request for an extension of time to file a dispositive motion and ordered them to do so by no later than August 1, 2006. To date, defendants have not filed a motion or otherwise communicated with the court.

     Within 15 days of this order, defendants shall file a dispositive motion, inform the court that such motion is not in order, or otherwise show good cause as to why more time is needed. Failure to respond to this order within the designated time will result in sanctions.

SO ORDERED.

DATED: Sept. 8, 2006

CHARLES R. BREYER
United States District Judge