IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DUCHESNE,<br>  Plaintiff(s),<br>v.<br>RONALD GONZALEZ, et al.,<br>  Defendant(s). | No. C 05-3456 CRB (PR)<br><br>ORDER |

On September 26, 2006, defendants filed a motion for summary judgment and request for additional time to supplement the motion with declarations and documentary evidence. They recently filed several supporting declarations and documentary evidence, and a certificate of service.

Because it is unclear from the certificate of service whether defendants served all supporting declarations and documentary evidence on plaintiff, defendants shall file, within seven (7) days of this order, an amended certificate of service showing that they have served all declarations and documentary evidence on plaintiff.

Plaintiff shall file (and serve on defendants) an opposition, or notice of non-opposition, by no later than December 29, 2006, and defendants shall file (and serve on plaintiff) a reply to any opposition within 15 days of receipt.

SO ORDERED.

DATED: Nov. 20, 2006

CHARLES R. BREYER
United States District Judge